UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE FERREBOEUF, et al.,

Plaintiffs,

v.

PAUL MOORE, et al.,

Defendants.

Case No.  25-cv-09231-RFL

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 28

This action was scheduled for an initial case management conference for March 25, 2026 at 10:00 a.m.  Counsel for Defendants Caliver Beach Mortgage LLC and Paul Moore, III was not present at the case management conference when the case was called, in violation of Civil Local Rule 16-10(a).  Accordingly, by **April 2, 2026**, counsel for Defendants Caliver Beach Mortgage LLC and Paul Moore, III is **ORDERED TO SHOW CAUSE** in writing, explaining why he was absent.

**IT IS SO ORDERED.**

Dated: March 26, 2026

RITA F. LIN
United States District Judge

1