SIL VOSSLER (320002)
THE VOSSLER LAW FIRM
1275 4th Street, Suite 6016
Santa Rosa, CA 95404
Telephone: (510) 324-5225
Email: sil@thevosslerlawfirm.com

Attorney for Plaintiffs

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIELLE FERREBOEUF and ADRIENNE FERREBOEUF, as attorneys in fact for GABRIELLE LACAU, an individual, and the GABRIELLE LACAU REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTFI HOME LOANS, LLC, a California LLC; PAUL MOORE III, an individual; CALIVER BEACH MORTGAGE LLC, a Delaware LLC inclusive,<br><br>Defendants. | Case No. 3:25-cv-09231-RFL<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT AND STIPULATION TO MODIFY CASE SCHEDULE; DECLARATION OF SIL VOSSLER; ORDER**<br><br>Judge: Hon. Rita F. Lin<br>Statement due: November 19, 2026 |

Under Civil L.R. 16-10(d), the parties report their progress and stipulate, subject to Court approval, to the dates and terms below under Rule 16(b)(4) and Civil L.R. 6-2 and 7-12.

**1. New counsel and reasons for the requested extension**

Plaintiffs retained Sil Vossler in October 2026 because prior primary counsel's extraordinary illness prevented continued representation and delayed transferring the file. ECF 39. These circumstances were through no fault of Plaintiffs. The Court approved substitution October 26. ECF 42. New counsel promptly pursued discovery and conferred with defense counsel regarding amendment and ADR. These circumstances and counsel's diligence establish good cause and, to the extent Rule 6(b)(1)(B) applies to the expired deadlines, excusable neglect.

**2. Discovery and amendment of the pleadings**

Written and third-party discovery are underway. SmartFi's production and Fidelity's subpoena response arrived in November; further party production and Chicago Title's escrow records remain outstanding. No depositions have been taken. Initial productions should inform amendment and mediation, followed by supplemental production, written discovery, and party and third-party depositions. Counsel will promptly address deficiencies and seek any necessary discovery relief.

Plaintiffs intend to amend after reviewing the initial productions. The parties request reopening the amendment deadline through January 29, 2027 to file an amended pleading with written consent or move for leave under Rule 15(a)(2). Defendants retain their substantive objections to any proposed amendment.

**3. ADR**

The parties are participating in mediation, with a further pre-session conference on December 16, 2026 at 9:30 a.m. ECF 43. They request reopening and extending the November 2 mediation-completion deadline to February 16, 2027, allowing initial discovery to inform settlement discussions.

**4. Proposed schedule**

The parties stipulate, subject to Court approval, to the following dates and a jury trial of seven court days. The November 19, 2026 statement deadline remains in place; February 22 is the proposed next status report.

| **Event** | **Current** | **Proposed** |
|---|---|---|
| Amend pleadings or seek leave | 08/19/2026 | 01/29/2027 |
| Complete mediation | 11/02/2026 | 02/16/2027 |
| Next discovery-status statement | New date | 02/22/2027 |
| Motions Deadline | 11/27/2026 | 02/26/2027 |
| Substantial document production | New date | 03/19/2027 |
| Last day to notice fact depositions | New date | 03/19/2027 |
| Complete all fact discovery | 01/22/2027 | 04/23/2027 |
| Opening expert disclosures/reports | 02/11/2027 | 05/21/2027 |
| Rebuttal expert disclosures/reports | 03/15/2027 | 06/25/2027 |
| Complete expert discovery | 04/13/2027 | 07/23/2027 |
| File dispositive motions | 05/05/2027 | 08/13/2027 |
| Hear dispositive motions | 06/16/2027 10:00 a.m. | 09/21/2027 10:00 a.m. |
| Final pretrial conference | 08/19/2027 2:30 p.m. | 11/16/2027 2:30 p.m. |
| Jury selection and trial | 09/13/2027 9:00 a.m. | 12/13/2027 8:30 a.m. |

Fact discovery includes written discovery, subpoenas, depositions, and completion of all discovery-dispute proceedings and ordered production. Existing response dates are not automatically enlarged. The February 22 statement will address ADR, discovery progress, disputes, and remaining motion timelines. Deadlines measured from the pretrial conference or trial would move with those events.

IT IS SO STIPULATED.

**Dated:** November 19, 2026

**THE VOSSLER LAW FIRM**

By: ______________________
Sil Vossler
Attorneys for Plaintiffs

**Dated:** November 19, 2026

**MURPHY ROSEN LLP**

By: /s/ David E. Rosen
David E. Rosen
Attorneys for Defendants Paul Moore III and Caliver Beach Mortgage LLC

**Dated:** November 19, 2026

**WEINER BRODSKY KIDER PC**

By: /s/ Joseph M. Katz
Joseph M. Katz
Attorneys for Defendant SmartFi Home Loans, LLC

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each other signatory.

______________________
Sil Vossler

## DECLARATION OF SIL VOSSLER

I, Sil Vossler, declare:

1. I am counsel for Plaintiffs. I have personal knowledge of my work and communications and have reviewed the cited records. The factual statements in Sections 1–3 above are true and correct on that basis.

2. The prior timing changes identified in my review are: (a) the agreed deferral of formal party discovery and continuance of the initial conference to March 25, 2026, approved by ECF 25; (b) the June 2 ADR stipulation requesting a further pre-session conference June 22 and modification of ECF 33; (c) the 60-day continuance requested in ECF 39 and granted August 28, 2026 in ECF 40; and (d) ECF 43’s November 2 notice setting the December 16 ADR call, without extending the mediation-completion deadline.

3. The proposed schedule reopens the amendment and ADR deadlines and extends fact discovery and trial approximately three months, to the dates in Section 4. This allows review of recent and outstanding records, informed amendment, mediation, and completion of written and deposition discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2026, at Santa Rosa, California.

Sil Vossler

**ORDER**

For good cause shown, the parties' Joint Further Case Management Statement and Stipulation to Modify Case Schedule is APPROVED. Good cause exists under Rule 16(b)(4) and, to the extent Rule 6(b)(1)(B) applies to the expired deadlines, the Court finds excusable neglect.

1. The "Proposed" dates in the table in Section 4 are adopted. The expired amendment and mediation-completion deadlines are reopened through January 29 and February 16, 2027, respectively. The December 16, 2026 ADR conference remains as noticed. The next statement is due February 22, 2027.

2. By January 29, 2027, Plaintiffs may file an amended pleading with written consent or move for leave under Rule 15(a)(2). This Order does not approve a particular amendment or determine substantive objections. Any amended pleading shall include the comparison required by the Court's standing order.

3. The discovery conditions in Section 4 are incorporated into this Order. All required discovery hearings, rulings, and production shall be completed by the applicable cutoff. Deadlines measured from the final pretrial conference or trial shall be recalculated from the new dates. All other provisions of existing orders remain in effect.

IT IS SO ORDERED.

Dated: _11/20/2026

Hon. Rita F. Lin
United States District Judge